COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-123-CV

 

IN RE PATTERSON MEDICAL
DIAGNOSTIC,                              RELATORS

ROGERS CHIROPRACTIC CLINIC, GISSELL MEZA, 

SUSANNA LOPEZ, CLIFFORD ROGERS, D.C. 

AND RICK SMITH, D.C.                                                                        

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: WALKER, J.; CAYCE, C.J.; and HOLMAN, J.

 








DELIVERED: 
April 19, 2006











    [1]See
Tex. R. App. P. 47.4.